# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:05CR179** |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **VICENTE MENDOZA,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of David R. Stickman and the Office of the Federal Public Defender to withdraw as CJA court-appointed counsel for the defendant, Vicente Mendoza (Mendoza) (Filing No. 13).  Since retained counsel, W. Randall Paragas, has entered an appearance for Mendoza (Filing No. 10), the motion to withdraw (Filing No. 13) is granted

**IT IS SO ORDERED.**

DATED this 13th day of May, 2005.

                                                      BY THE COURT:

                                                      s/Thomas D. Thalken
                                                      United States Magistrate Judge